**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:93-CR-00215-GCM**

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JERMAINE MAURICE PADGETT,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Jeremy Brian Gordon (Doc. No. 261).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Criminal Rule 44.1 and Local Civil Rule 83.1(b), Mr. Gordon is admitted to appear before this court *pro hac vice* on behalf of Defendant Jermaine Padgett.

**IT IS SO ORDERED**.

Signed: March 30, 2021

Graham C. Mullen
United States District Judge